IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Alexander, Victor

Printed: 1/22/08

Case Number: 07 B 15332
Judge: Hollis, Pamela S
Filed: 8/23/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: December 10, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 618.00 |  |
| Secured: |  | 584.63 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 33.37 |
| Other Funds: |  | 0.00 |
| Totals: | 618.00 | 618.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Leeders & Associates LTD | Administrative | 2,430.00 | 0.00 |
| 2. | Americredit Financial Ser Inc | Secured | 16,487.00 | 551.19 |
| 3. | Balaban Furniture Ltd | Secured | 1,000.00 | 33.44 |
| 4. | National Recovery, Inc | Unsecured | 14.78 | 0.00 |
| 5. | United States Dept Of Education | Unsecured | 509.05 | 0.00 |
| 6. | Americredit Financial Ser Inc | Unsecured | 47.07 | 0.00 |
| 7. | Illinois Dept Of Employment Sec | Unsecured | 350.84 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 49.13 | 0.00 |
| 9. | Balaban Furniture Ltd | Unsecured | 122.67 | 0.00 |
| 10. | Department of Veteran Affairs | Unsecured | 20.77 | 0.00 |
| 11. | ER Solutions | Unsecured | 50.39 | 0.00 |
| 12. | Regina Bledsoe | Priority | | No Claim Filed |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 14. | Apple Fast Cash Personal Loans | Unsecured | | No Claim Filed |
| 15. | Bel Loans | Unsecured | | No Claim Filed |
| 16. | Comcast | Unsecured | | No Claim Filed |
| 17. | Consumer INS Receivable Recovery | Unsecured | | No Claim Filed |
| 18. | Credit Collection | Unsecured | | No Claim Filed |
| 19. | Cook County State's Attorney | Unsecured | | No Claim Filed |
| 20. | Commercial Check Control | Unsecured | | No Claim Filed |
| 21. | Credit Protection Association | Unsecured | | No Claim Filed |
| 22. | Direct Loans | Unsecured | | No Claim Filed |
| 23. | TCF Bank | Unsecured | | No Claim Filed |
| 24. | Professional Account Management | Unsecured | | No Claim Filed |
| 25. | Jewel Food Stores | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Alexander, Victor | Case Number: 07 B 15332 | |
| | Judge: Hollis, Pamela S | |
| Printed: 1/22/08 | Filed: 8/23/07 | |

| | | | | |
|---|---|---|---|---|
| 26. | LaSalle Bank NA | Unsecured | | No Claim Filed |
| 27. | Majestic Star Casino | Unsecured | | No Claim Filed |
| 28. | Office Of The Clerk Circuit | Unsecured | | No Claim Filed |
| 29. | National Recovery, Inc | Unsecured | | No Claim Filed |
| 30. | Recievable Recovery Systems | Unsecured | | No Claim Filed |
| 31. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 32. | Quick Payday | Unsecured | | No Claim Filed |
| 33. | AT&T | Unsecured | | No Claim Filed |
| 34. | Walgreens Company | Unsecured | | No Claim Filed |
| 35. | Wal Mart Stores | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 21,081.70 | $ 584.63 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 33.37 |
| | _____ |
| | $ 33.37 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ DMach_____